**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Criminal No. 05-169 DSD/SRN |
| **Plaintiff,** | |
| | **O R D E R** |
| v. | |
| **Virgil Lee Kirkwood (01) and** <br> **Christopher Allen Kirkwood (02),** | |
| **Defendants.** | |

The arraignment and criminal motions hearing scheduled for July 29, 2005, at 1:30 p.m. will now take place on **August 25, 2005, at 9:30 a.m.** before United States Magistrate Judge Susan Richard Nelson in Courtroom 230 (C), Federal Courts Building, 316 North Robert Street, St. Paul, Minnesota.  If Defendants' pleadings show that an evidentiary hearing is required, it will be held at the same time and place.

Voir Dire and Jury Instructions shall be filed with U.S. District Court Judge David S. Doty's Clerk by **September 19, 2005**.  Trial will commence before Judge Doty on **September 26, 2005, at 9:00 a.m.**

DATED:   July 26, 2005

   s/ Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge